## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW ROOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:16-cv-2807-TWT |
| CITY CHATTAHOOCHEE HILLS, | ) | |
| GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 9th day of January, 2017.

*[SIGNATURE OF COUNSEL APPEARS ON THE FOLLOWING PAGE.]*

s/Lance LoRusso

Lance J. LoRusso

Georgia Bar No. 458023

Blake H. Joiner

Georgia Bar No. 906241

**LORUSSO LAW FIRM, P.C.**

1827 Powers Ferry Road SE

Building 8, Suite 200

Atlanta, Georgia 30080

(770) 644-2378 Telephone

(770) 644-2379 Facsimile

Attorneys for Plaintiff

s/ Douglas H. Duerr

Douglas H. Duerr

Georgia Bar No. 231772

**ELARBEE, THOMPSON,
SAPP & WILSON, LLP**

800 International Tower

229 Peachtree Street, N.E.

Atlanta, Georgia 30303

(404) 659-6700 Telephone

(404) 222-9718 Facsimile

Attorneys for Defendants

This Document Appears in Times New Roman 14 Point Font